**Milton McCRAY, Plaintiff–Appellant,**

v.

**Judge Richard BENNETT; Susquehanna Bank; McGuire Woods LLP; Gordon, Feinblatt, Rothman, Hoffberger and Hollander, LLC, Defendants–Appellees.**

No. 06–2155.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: April 30, 2007.

Milton McCray, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milton McCray appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCray v. Bennett,* No. 1:06–cv–02182–JFM (D.Md. Aug. 30, 2006). We deny McCray's motion to enforce his rights and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*